UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                     -v-

    JERIEL ABREU,

                        Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2023

1:22-cr-522-GHW-9

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding with respect to defendant Jeriel Abreu is scheduled for April 6, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                            GREGORY H. WOODS
                                          United States District Judge