UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                        -v-                      1:22-cr-522-GHW-9

    JERIEL ABREU,                            ORDER

                        Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2023

GREGORY H. WOODS, United States District Judge:

    For the reasons set forth on the record during the bail review hearing held on April 6, 2023, the conditions of pretrial release for Defendant Jeriel Abreu are modified as follows:

    The defendant is required to participate in an inpatient treatment program approved by pretrial services, which program may include testing to determine whether the defendant has reverted to using drugs or alcohol. The defendant shall participate in, and successfully complete, 28 days of detoxification and rehabilitation services at Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, New York, beginning on April 7, 2023. Following completion of that detoxification and rehabilitation program, the defendant shall participate in the inpatient treatment program described above, which shall last no less than 60 days.

    All other conditions of Mr. Abreu's pretrial release remain in full force and effect.

    SO ORDERED.

Dated: April 6, 2023
       New York, New York

                                                            GREGORY H. WOODS
                                                  United States District Judge