# MEMORANDUM ENDORSED

**Donald D. duBoulay**              **305 Broadway, Suite 602**
Attorney at Law                      New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com

August 8, 2023

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/17/2023
```

Re: U.S. v. Jerial Abreu
     22 Cr. 522 (GHW)

Dear Judge Woods:

     I represent Mr. Jerial Abreu in the above referenced matter. I write at the request of Pre-trial services and with the consent of the Government to request that Mr. Abreu's Mr. Abreu's bail bond condition be amended to allow him reside at a residence approved by Pre-trial services. At present Mr. Abreu must reside at 2440 Webb Avenue in the Bronx. Mr. Abreu can no longer afford the room at that location.

     This request is thus made to allow Mr. Abreu to reside at his uncle's residence. His pre-trial officer has scheduled a home visit to the uncle's residence for this Friday August 11, 2023 to verify the appropriateness of the relocation.

     The Pre-trial officer and Government do not object to this request.

     If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Ashley Nicolas, Assistant U.S. Attorney (via ECF)
     Ashley Cosme USPTO    (via ECF)

---

Application granted. The conditions of Mr. Abreu's pretrial release are modified as follows: the defendant may reside at a residence approved by pretrial services. All other conditions of Mr. Abreu's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 193.

SO ORDERED.

Dated: August 16, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge