```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :    USDC SDNY
    UNITED STATES OF AMERICA,                                  :    DOCUMENT
                                                               :    ELECTRONICALLY FILED
                                                               :    DOC #:_____
                                                               :    DATE FILED: 8/18/2023
                    -v-                                        :
                                                               :    1:22-cr-522-GHW-9
                                                               :
    JERIEL ABREU,                                              :        ORDER
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Jeriel Abreu on August 21, 2023 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 18, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge