```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,            :
                                         :
                    -against-            :
                                         :
    JERIEL ABREU,                        :        1:22-cr-522-GHW-9
                                         :
                         Defendant.      :        ORDER
-----------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 8/28/2023 |

GREGORY H. WOODS, United States District Judge:

Following a hearing held on August 28, 2023, the Court has concluded by clear and convincing evidence that Mr. Abreu violated the conditions of his pretrial release and has also found that Mr. Abreu is unlikely to abide by any condition or combination of conditions of release. Accordingly, Mr. Abreu's pretrial release is revoked, and he is remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: August 28, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge