```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
         -against-                       :
                                         :
JERIEL ABREU,                            :         1:22-cr-522-GHW-9
                                         :
                      Defendant.         :         ORDER
-------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/20/2024 |

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on June 26, 2024 at 9:30 a.m. with respect to JERIEL ABREU. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Abreu, and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: June 20, 2024
       New York, NY

_____
GREGORY H. WOODS
United States District Judge