| | |
|---|---|
| **Donald D. duBoulay**<br>Attorney at Law | 305 Broadway, Suite 602<br>New York, NY 10007 |

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:   dondubesq@aol.com

**MEMORANDUM ENDORSED**

September 26, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024
```

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jeriel Abreu
    22 Cr. 522 (GHW)

Dear Judge Woods:

    I represent Jeriel Abreu in above referenced matter. Mr. Abreu is scheduled to appear for sentencing before your honor, on October 10, 2024. However, October 10, 2024 is my scheduled duty day as CJA counsel in the Eastern District of New York.

    I therefore respectfully request that the sentencing hearing in this matter be briefly adjourned. I have consulted with the Government and they consent to this request. Both Parties can be available during the week of October 21, 2024, if that time frame suits the court.

    Thank you for your attention to this request.

                                                    Respectfully submitted,
                                                           /s/

                                                          Donald duBoulay

cc: Ashley Nicolas, AUSA

---

Application granted in part. The sentencing hearing scheduled for October 10, 2024 is adjourned to October 31, 2024 at 9:30 a.m. The defendant's sentencing submissions are due no later than October 17, 2024. The Government's sentencing submissions are due no later than October 24, 2024.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 516.
SO ORDERED.
Dated: September 26, 2024
New York, New York

                                         _____
                                         GREGORY H. WOODS
                                       United States District Judge